

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHELLE DIANE BROWN                                         PLAINTIFF
ADC #703194

V.                              NO. 1:03CV00112 SWW

MICHELLE D. WILLIAMS, et al                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motion for summary judgment (docket entry #30) is hereby granted and Plaintiff's Eighth Amendment excessive force and First Amendment potential retaliation/harm claims are dismissed with prejudice for failure to state a claim. The Court declines to accept supplemental jurisdiction over Plaintiff's remaining state law claims. Additionally, any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith. Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 26th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE