
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHELLE DIANE BROWN　　　　　　　　　　　　　　　PLAINTIFF
ADC #703194

V.　　　　　　　　　NO. 1:03CV00112 SWW

MICHELLE D. WILLIAMS, et al　　　　　　　　　　　DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date and pursuant to the Order entered March 2, 2004 (docket entry #7), judgment is hereby entered dismissing Plaintiff's complaint, without prejudice, as to Defendant Norris and with prejudice as to Plaintiff's Eighth Amendment excessive force and First Amendment potential retaliation/harm claims. The Court declines to accept supplemental jurisdiction over Plaintiff's remaining state law claims.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its orders and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 26th day of July, 2005.

UNITED STATES DISTRICT JUDGE